UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
NOV 1 3 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 6:25-CR-89-REW
18 U.S.C. § 152(3)

RAY DEAN JR.

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 20, 2024, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**RAY DEAN JR.**

knowingly and fraudulently made a false declaration, certificate, verification, and statement under penalty of perjury in relation to a case under Title 11.

All in violation of 18 U.S.C. § 152(3).

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 1 year.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.